# DECLARATION OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT - ARIZONA<br>STATE OF ARIZONA<br>MARICOPA<br>County of MARICOPA | CASE NO:  CV-22-08225-PCT-GMS<br>COURT DATE:<br>COURT TIME: |

| PLAINTIFF: | DEFENDANTS: |
|---|---|
| RENE MADERA -FONT | UNITED STATES ATTORNEY'S OFFICE<br>40 NORTH CENTRAL AVE STE 1800<br>PHOENIX AZ 85004 |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

**DOCUMENT TYPE:** **SUMMONS IN A CIVIL ACTION; ORDER; COMPLAINT FOR PERSONAL INJURIES DUE MEDICAL NEGLIGENCE**

**PERSON(S) SERVED:** UNITED STATES ATTORNEY'S OFFICE (Defendant)

**PLACE OF SERVICE:** USUAL PLACE OF BUSINESS
40 NORTH CENTRAL AVE STE 1800
PHOENIX AZ 85004

By delivering 1 SET(S) true copies to: AUGUSTINE ARVIZO, ADMINISTRATIVE SERVIES SPECIALIST
THE ABOVE MENTIONED INDIVIDUAL WAS SERVED PERSONALLY AT THE ABOVE ADDRESS.
SEX: M; AGE/DOB: APRX 45; RACE: APRS HISP; WEIGHT: APRX 180; HEIGHT: APRX 5'10"; HAIR: SALT AND PEPPER; EYES: BROWN/GLASSES;
Notes: I SERVED AUGUSTINE ARVIZO, ADMINISTRATIVE SERVICES SPECIALIST FOR THE UNITED STATES ATTORNEY'S OFFICE (DEFENDANT), WHO IS AUTHORIZED TO ACCEPT SERVICE.

| | |
|---|---|
| FILE #: | 242333 |
| REF #: | Madera Font EXP: |
| DATE OF SERVICE: | 04/13/2023 |
| TIME OF SERVICE: | 1/24/2023 |
| NEXT STEP: | 03:36 PM |
| | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.
Signed on the 31th day of January, 2023

| | | |
|---|---|---|
| | FEES: $75.00 | Service Fee |
| | $75.00 | Total |

_[signature]_

**DECLARANT'S SIGNATURE**
**EUGENE ALEXANDER HAUGEN**
Process server licensed in MARICOPA COUNTY #6018

SUPERIOR PROCESS SERVICES, INC.
7701 E Indian School Rd Suite E
Scottsdale AZ 85251
(480) 429-6886