1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   NOEL C. CAPPS
3  Assistant U.S. Attorney
   Arizona State Bar No. 014361
4  Two Renaissance Square
   40 North Central Avenue, Suite 1800
5  Phoenix, Arizona  85004-4449
   Telephone:  (602) 514-7500
6  Main Fax: (602) 514-7693
   Email: Noel.Capps@usdoj.gov
7
   *Attorneys for Defendant*
8

9          IN THE UNITED STATES DISTRICT COURT

10            FOR THE DISTRICT OF ARIZONA

11  Rene Madera-Font,                     No. CV-22-08225-PCT-GMS

12              Plaintiff,

13        v.                              **DEFENDANT'S UNOPPOSED
                                          MOTION
14  United States of America,             TO EXTEND DEADLINE
                                          TO FILE ANSWER OR
15              Defendant.                RESPONSIVE PLEADING**
                                          **(First Request)**
16

17

18          Defendant United States of America, through undersigned counsel and pursuant to

19  Federal Rule of Civil Procedure 6(b) and LRCiv 7.3, moves to extend the deadline to file

20  an answer or other responsive pleading to Plaintiff's Complaint by fourteen (14) days, to

21  and including April 3, 2023.

22          Plaintiff filed the Complaint in this case on December 12, 2022. (Doc. 1). The

23  United States Attorney's Office was served with the Complaint on January 17, 2023,

24  making its answer or other responsive pleading currently due on March 20, 2023.

25  Undersigned counsel requests additional time to consult with the United States' client

26  agency in this case regarding factual details. Accordingly, undersigned counsel requests

27  this brief 14-day extension so that he may further consult with the Department of Veterans

28  Affairs or other necessary federal agency contacts, to afford proper diligence to drafting

1   Defendant's answer or responsive pleading to Plaintiff's Complaint.

2        A fourteen-day extension of time will not affect any other deadlines in this case, nor

3   will it cause significant delay. Undersigned counsel has conferred with Plaintiff's counsel

4   who does not oppose this first requested extension of 14-days.

5        For the foregoing reasons, Defendant respectfully requests that the Court grant this

6   first unopposed request for a 14-day extension of time to file its answer or responsive

7   pleading, to and including April 3, 2023.

8        RESPECTFULLY SUBMITTED this 15th day of March, 2023.

9

10                                          GARY M. RESTAINO
                                            United States Attorney
11                                          District of Arizona

12                                          s/*Noel C. Capps*
                                            NOEL C. CAPPS
13                                          Assistant United States Attorney
                                            *Attorneys for Defendant*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Paul David Friedman**
**Ronda M Kelso**
Accident Law Group - Tempe, AZ
2141 E Broadway Rd., Ste. 211
Tempe, AZ 85282
602-262-4254
Fax: 602-457-4613
PFriedman@4ALG.com
rkelso@4alg.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Attorneys for Plaintiff*

*s/ Celescia A. Broughton*
U.S. Attorney's Office