# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Madera-Font, | No. CV-22-08225-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to Extend Deadline to File Answer or Responsive Pleading (Doc. 13).

**IT IS ORDERED** granting the Defendant's Unopposed Motion (Doc. 13).

**IT IS FURTHER ORDERED** Defendant shall have up to and including **April 3, 2023** to file its responsive pleading.

Dated this 15th day of March, 2023.

_____
G. Murray Snow
Chief United States District Judge